| | |
|---|---|
| Hank Bates (SBN 167688) <br> hbates@cbplaw.com <br> Randall K. Pulliam (*admitted pro hac vice*) <br> rpulliam@cbplaw.com <br> Edwin Lee Lowther (*admitted pro hac vice*) <br> llowther@cbplaw.com <br> CARNEY BATES & PULLIAM, PLLC <br> 519 W. 7th St. <br> Little Rock, AR 72201 <br> Tel. 501-312-8500 <br> Fax 501-312-8505 <br><br> Don F. Livornese (State Bar No. 125,934) <br> donl@ruyakcherian.com <br> RUYAK CHERIAN LLP <br> 222 N. Pacific Coast Highway, Suite 2000 <br> El Segundo, CA 90245 <br> Tel. 310-586-7689 | James Lawrence Kauffman (*admitted pro hac vice*) <br> jkauffman@baileyglasser.com <br> BAILEY GLASSER, LLP <br> 1055 Thomas Jefferson St, NW Suite 540 <br> Washington, DC 20007 <br> Tel. (202) 463-2101 <br><br> *Attorneys for Plaintiff* <br><br> Nicholas A. Danella (SBN 290566) <br> ndanella@bradley.com <br> Bradley Arant Boult Cummings, LLP <br> 1819 5th Avenue North <br> Birmingham, ALL 35203-2119 <br> Tel. 205-521-8576 <br> Fax 205-521-8800 <br><br> *Attorney for PHH Mortgage Corporation* <br> *As successor by merger to named defendant* <br> *Ocwen Loan Servicing, LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*San Francisco Division*

| | |
|---|---|
| LAWRENCE TORLIATT, <br> on behalf of himself and <br> all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br>     Defendant. <br><br> CONSOLIDATED WITH: <br><br> *Lawrence Torliatt v. PHH Mortgage Corp.*, <br> Case No. 3:19-cv-04356-WHO | Case No. 3:19-cv-04303-WHO <br><br> **STIPULATION FOR ENLARGEMENT OF PLAINTIFF'S TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS** |

**STIPULATION FOR ENLARGEMENT OF PLAINTIFF'S TIME
FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6-1 and 6-2, the parties stipulate, subject to approval of the Court, to enlarging the time for Plaintiff to respond to Defendant's Motion to Dismiss the Amended Complaint, (Dkt. No. 36), to March 27, 2020, and state as follows:

On March 6, 2020, Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff's response is currently due March 20, 2020. Since the filing of that motion, work-from-home directives, school closures, and other precautionary measures to stem the spread of the coronavirus have interrupted the normal flow of work, and Plaintiff's counsel anticipates having difficulty meeting the current response deadline. Plaintiff therefore requests a one-week extension of the deadline for responding to Defendant's motion.

As for previous time modifications, this case was first assigned to Magistrate Judge Illman. Judge Illman had issued an Initial Case Management Order, which was superseded by this Court's Case Management Order, (Dkt. No. 15). Any extensions that resulted from the reassignment of this case were not made at the request of either party. On October 9, 2019, the parties stipulated to extend Plaintiffs' deadline for responding to the then pending motion to dismiss and motion to stay. (ECF No. 27.) Those responses were never filed because the parties filed a joint motion for stay, which was granted on October 16, 2019, (ECF No. 29), and lifted on February 6, 2020, (ECF No. 34).

For the foregoing reasons, the parties stipulate that Plaintiff's deadline for filing responses to Defendant's Motion to Dismiss the Amended Complaint, (Dkt. No. 36), shall be March 27, 2020. The parties further stipulate that Defendant's deadline for filing a reply in support of its motion shall be April 8, 2020.

It is so stipulated.

Dated: March 16, 2020

    */s/ Lee Lowther*
Hank Bates (SBN 167688)
hbates@cbplaw.com
Edwin Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR, 72201
Tel. 501-312-8500
Fax 501-312-8505

Don F. Livornese (State Bar No. 125,934)
donl@ruyakcherian.com
RUYAK CHERIAN LLP
222 N. Pacific Coast Highway, Suite 2000
El Segundo, CA 90245
Tel. 310-586-7689

James Lawrence Kauffman
jkauffman@baileyglasser.com
BAILEY GLASSER, LLP
1055 Thomas Jefferson Street, NW Suite 540
Washington, DC 20007
Tel - (202) 463-2101

*Attorneys for Plaintiff*

Dated: March 16, 2020

    */s/ Nicholas A. Danella*
Nicholas A. Danella (SBN 290566)
ndanella@bradley.com
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, ALL 35203-2119
Tel. 205-521-8576
Fax 205-521-8800

Kimberly M. Ingram (State Bar No. 305497)
kingram@bradley.com
Bradley Arant Boult Cummings LLP
1600 Division St #700
Nashville, TN 37203
Phone Number: (615) 252-3592
Fax Number: (615) 252-6357
kingram@bradley.com

*Attorney for PHH Mortgage Corporation
As successor by merger to named defendant
Ocwen Loan Servicing, LLC*

### ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Lee Lowther, hereby attest that concurrence in the filing of this document has been obtained from Nicholas A. Danella.

Dated: March 16, 2020  /s/ Lee Lowther
LEE LOWTHER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

March 20, 2020
Date   Hon. William H. Orrick III