UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TORLIATT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-04303-WHO<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE HEARING**<br><br>Re: Dkt. No. 73 |

　　　　Defendant Ocwen Loan Servicing, LLC ("Ocwen") moves to consolidate the hearings for its Motion to Stay Class-Related Proceedings ("Motion") with plaintiff Lawrence Torliatt's Motion to Appoint Interim Class Counsel and Motion for Order Under the All Writs Act, which is currently set for hearing on September 11, 2020. Dkt. No. 73. Torliatt does not dispute Ocwen's assertions that the issues in these motions are linked but opposes the Motion on the grounds that the *Morris* settlement may be approved before resolution of the parties' motions in this matter. Dkt. No. 80. Torliatt states that the October 7, 2020 hearing date that Ocwen proposes falls two days after the relevant close of briefing in the *Morris* action. *Id.*

　　　　Ocwen's Motion is GRANTED, and the hearings in the above three motions are consolidated. These matters shall be heard on September 23, 2020 at 2:00 p.m. The briefing schedule for these motions will remain the same.

　　　　**IT IS SO ORDERED.**

Dated: September 9, 2020

William H. Orrick
United States District Judge