**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

*San Francisco Division*

| | |
|---|---|
| LAWRENCE TORLIATT,<br>on behalf of himself and<br>all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC<br><br>　　　　　Defendant.<br><br>_____<br><br>CONSOLIDATED WITH:<br><br>*Lawrence Torliatt v. PHH Mortgage Corp.*,<br>Case No. 3:19-cv-04356-WHO | Case No. 3:19-cv-04303-WHO<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF THE HEARING DATE FOR DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT PATRICIA FORCIER AND FOR ORDER CHANGING TIME**<br><br>The Honorable William H. Orrick |

　　　　Plaintiff Lawrence Torliatt and Defendant PHH Mortgage Corporation ("PHH"), in its individual capacity and as successor by merger to named Defendant Ocwen Loan Servicing, LLC ("Ocwen"), pursuant to Local Rule 6-2, hereby request this Court continue the hearing date on PHH's Motion to Exclude Plaintiff's Expert Patricia Forcier (ECF No. 124) from September 8, 2021, to September 22, 2021, which is the hearing date for Plaintiff's Motion for Class Certification. The Motion to Exclude pertains to the opinions Plaintiff offered in support of his Motion for Class Certification, and the Parties respectfully submit that it makes sense to hear these motions at the same time.

　　　　The Parties further stipulate to, and ask the Court to approve, the following briefing schedule on PHH's Motion to Exclude:

- August 31, 2021: Plaintiff's Opposition Deadline
- September 15, 2021: PHH's Reply Deadline

　　　　The Parties respectfully submit there is good cause for, and no prejudice from, this agreed continuance and extension.

1    A stipulated extension of time was requested by Plaintiff in connection with the Motion to Dismiss, which the Court granted. *See* D.E. 40, 41. Plaintiff also requested to shorten time with respect to the hearing of certain motions, which the Court granted. *See* D.E. 69–71. Defendant requested a stipulated extension of its deadline to file an opposition to Plaintiff's Motion for Class Certification, which the Court granted. D.E. 120.

The hearing for the Motion for Class Certification will remain set for September 22, 2021, and the requested modification is not expected to have any effect whatsoever on the schedule for the case.

Dated: August 11, 2021

Respectfully submitted,

*/s/ James L. Kauffman*
James L. Kauffman (*admitted pro hac vice*)
jkauffman@baileyglasser.com
BAILEY GLASSER LLP
1055 Thomas Jefferson Street, NW Suite 540
Washington, DC 20007
Tel 202-463-2101

Edwin Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
Hank Bates (SBN 167688)
hbates@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR, 72201
Tel. 501-312-8500
Fax 501-312-8505

Don F. Livornese (State Bar No. 125,934)
donl@ruyakcherian.com
RUYAK CHERIAN LLP
222 N. Pacific Coast Highway, Suite 2000
El Segundo, CA 90245
Tel. 310-586-7689

*Attorneys for Plaintiff Lawrence Torliatt*

|  |  |
|---|---|
| | */s/ Kimberly M. Ingram* |
| | Kimberly M. Ingram (State Bar No. 305497) |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| | 1600 Division St #700 |
| | Nashville, TN 37203 |
| | Phone Number: (615) 252-3592 |
| | Fax Number: (615) 252-6357 |
| | kingram@bradley.com |

Michael R. Pennington (Pro Hac Vice)
Zachary A. Madonia (Pro Hac Vice)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8000
Fax: (205) 521-8800
mpennington@bradley.com
zmadonia@bradley.com

Scott Burnett Smith (Pro Hac Vice)
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue W, Suite 900
Huntsville, AL 35801
Phone: 256.517.5198
ssmith@bradley.com

*Attorneys for PHH Mortgage Corp., in its individual capacity and as successor by merger to named defendant Ocwen Loan Servicing, LLC*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, James L. Kauffman, hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: August 11, 2021

*/s/ James L. Kauffman*
James L. Kauffman (*admitted pro hac vice*)

**The Stipulation is granted, as modifed. The response and reply dates are adopted, and the hearing is set for SEPTEMBER 29, 2021 AT 2:00 P.M.**

August 11, 2021
Date

Hon. William H. Orrick III