# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*San Francisco Division*

| | |
|---|---|
| LAWRENCE TORLIATT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC<br><br>Defendant.<br><br>CONSOLIDATED WITH:<br><br>*Lawrence Torliatt v. PHH Mortgage Corp.*, Case No. 3:19-cv-04356-WHO | Case No. 3:19-cv-04303-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable William H. Orrick |

Before the Court is the Joint Stipulated Request for Order Changing Time for Reply in Support of Cross Motions for Summary Judgment, which requests that the Court extend the parties' deadline to file replies in support of their respective motions for summary judgment [D.E. 130, D.E. 131] from September 8, 2021, to September 15, 2021.

Having reviewed the Request and the record as a whole, the Court finds that there is good cause for the extension requested and hereby **GRANTS** the Request. Defendants' deadline to file their reply to Plaintiff's response to Defendants' Motion for Summary Judgment on All Claims is hereby extended through the end of the day on September 15, 2021. Plaintiff's deadline to file his reply to Defendants' response to Plaintiff's Motion for Partial Summary Judgment is also extended through the end of the day on September 15, 2021.

**IT IS SO ORDERED.**

DATED this 2nd day of September

_____
William H. Orrick
United States District Judge

Submitted by:

Kimberly M. Ingram (State Bar No. 305497)
Bradley Arant Boult Cummings LLP
1600 Division St #700
Nashville, TN 37203
Phone Number: (615) 252-3592
Fax Number: (615) 252-6357
kingram@bradley.com

*Attorneys for Defendant PHH Mortgage Corp.,*
*individually and as successor by merger to Ocwen Loan Servicing, LLC*