**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*San Francisco Division*

| | |
|---|---|
| LAWRENCE TORLIATT,<br>on behalf of himself and<br>all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING,<br>LLC,<br>　　　　　Defendant.<br><br>CONSOLIDATED WITH:<br><br>Lawrence Torliatt v. PHH Mortgage<br>Corp., Case No. 3:19-cv-04356-WHO | Case No. 3:19-cv-04303-WHO<br><br>**[PROPOSED]** ORDER MODIFYING<br>SETTLEMENT DEADLINE SCHEDULE<br>AND FINAL APPROVAL HEARING<br><br>The Honorable William H. Orrick |

The Court previously granted Plaintiff Lawrence Torliatt's ("Plaintiff") motion pursuant to Federal Rule of Civil Procedure 23(e), for an order preliminarily approving the settlement of this Action, approved the proposed notice plan, and set deadlines for settlement approval. ECF No. 168. The Court **MODIFIES** the settlement approval deadlines as follows:

1. Within three (3) business days of the date of this order, the PHH Defendants shall provide to the Settlement Administrator funds sufficient to pay the administrator for such settlement administration costs expected to be incurred prior to final approval; all remaining Costs of Administration shall be provided within 10 business days after the Final Settlement Date.

2. Settlement Class Members who choose to opt out or object must submit a written request for exclusion or objection that complies with the requirements set forth in the Class Notice. Any request for exclusion or any objection must be **received or postmarked** on or before **November 2, 2022**.

3. Plaintiff and Defendant PHH Mortgage Corporation, individually and as successor by merger to defendant Ocwen Loan Servicing, LLC ("The Parties") must respond to objections, if any, on or before **November 9, 2022.**

4. The Final Fairness Hearing previously scheduled for December 7, 2022 is **VACATED.**

5. The Final Fairness Hearing is re-scheduled for **November 16, 2022 at 2:00 p.m., San Francisco Courthouse, Courtroom 2, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.**

6. The Parties are directed to include these deadlines and the Final Fairness Hearing information in the correspondence to be sent to Settlement Class Members under the approved notice plan.

1  **IT IS SO ORDERED.**

2  Dated: _July 28, 2022_____

  William H. Orrick
  United States District Judge