Hank Bates (SBN 167688)
hbates@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
Edwin Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR, 72201
Tel. 501-312-8500
Fax 501-312-8505

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*San Francisco Division*

| | |
|---|---|
| LAWRENCE TORLIATT, on behalf of himself and all others similarly situated, <br>     Plaintiff, <br> v. <br> OCWEN LOAN SERVICING, LLC, <br>     Defendant. | Case No. 3:19-cv-04303-WHO <br><br> [PROPOSED] **FINAL JUDGMENT** |
| CONSOLIDATED WITH: <br><br> Lawrence Torliatt v. PHH Mortgage Corp., Case No. 3:19-cv-04356-WHO | |

Pursuant to Federal Rule of Civil Procedure 54, this Court enters final judgment in the above-captioned matter. In accordance with the Final Approval Order, Plaintiff's claims against Defendant PHH Mortgage Corporation ("PHH"), individually and as successor by merger to defendant Ocwen Loan Servicing, LLC ("Ocwen"), are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  November 29, 2022

William H. Orrick
United States District Judge

[PROPOSED] FINAL JUDGMENT